IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JENNIFER L. BARRY,

          Plaintiff,

    vs.

STATE OF NEBRASKA, DEPARTMENT
OF CORRECTIONAL SERVICES, acting
through THE DEPARTMENT OF
CORRECTIONAL SERVICES,;  STATE
OF NEBRASKA, WILLIAM BOUCHER,
individual and official capacity; KEN
STURDY, official and individual capacity;
and MICHAEL L. KENNEY, official and
individual capacity;

          Defendants.

**8:13CV190**


**ORDER**


IT IS ORDERED:

The motion to permit the law firm of Sodaro, Daly, Shomaker & Seide, PC, LLO,

to withdraw as counsel of record for the Plaintiff, Jennifer L. Henning, (filing no. 46), is

granted.

June 26, 2014.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge