IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER L. BARRY,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, DEPARTMENT OF CORRECTIONAL SERVICES, acting through THE DEPARTMENT OF CORRECTIONAL SERVICES,; STATE OF NEBRASKA, WILLIAM BOUCHER, individual and official capacity; KEN STURDY, official and individual capacity; and MICHAEL L. KENNEY, official and individual capacity;<br><br>      Defendants. | 8:13CV190<br><br>ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by John P. Weis, as counsel of record for Plaintiff (filing no. 57), is granted.

2) On or before April 3, 2015, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at:

Jennifer L. Henning
16510 Greenleaf Street
Omaha, NE 68164

March 13, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge