IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER L. BARRY, n/k/a JENNIFER L. HENNING, Plaintiff, vs. STATE OF NEBRASKA, et al., Defendants. | 8:13-CV-190 ORDER |

This matter is before the Court on the defendants' motion to continue trial (filing 91) and the parties' joint motion to extend date to file proposed jury instructions and trial briefs (filing 94). The defendants move to continue trial until such time as the Court has resolved their motion for summary judgment. As the Court has now issued its memorandum and order (filing 95) on the motion for summary judgment, it will deny the defendants' motion to continue trial as moot. The parties' joint motion to extend date to file proposed jury instructions and trial briefs is granted. The parties may file their proposed jury instructions and trial briefs on or before June 22, 2016.

IT IS ORDERED:

1. The defendants' motion to continue trial (filing 91) is denied as moot.

2. The parties' joint motion to extend date to file proposed jury instructions and trial briefs (filing 94) is granted.

3. The parties may file their proposed jury instructions and trial briefs on or before June 22, 2016.

Dated this 16th day of June, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge